B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Beyman, Ezra | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>N/A |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>8207 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Lakewood, New Jersey | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Ocean County              ZIP CODE<br>                           08701 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>           or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                          Name of Debtor  Beyman, Ezra

Case No.  14-_____ (___)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  SEE ATTACHED                                                x  [signature]                              9/12/2014
Signature of Petitioner or Representative (State title)        Signature of Attorney                      Date
  GECMC 2006-C1 Carrington Oaks, LLC    SEE ATTACHED             Venable LLP
Name of Petitioner                      Date Signed            Name of Attorney Firm (If any)
                                                                 1270 Avenue of the Americas, 24th Floor, New York, NY 10020
Name & Mailing                          Arne Shulkin            Address
Address of Individual                   c/o LNR Partners, LLC   (212) 307-5500
Signing in Representative               1601 Washington Ave    Telephone No.
Capacity                                Suite 800
                                        Miami Beach, FL 33139

x  SEE ATTACHED                                                x  [signature]                              9/12/2014
Signature of Petitioner or Representative (State title)        Signature of Attorney                      Date
  Comm 2006-C8 Coveside Lane, LLC    SEE ATTACHED                Venable LLP
Name of Petitioner                      Date Signed            Name of Attorney Firm (If any)
                                                                 1270 Avenue of the Americas, 24th Floor, New York, NY 10020
Name & Mailing                          Arne Shulkin            Address
Address of Individual                   c/o LNR Partners, LLC   (212) 307-5500
Signing in Representative               1601 Washington Ave    Telephone No.
Capacity                                Suite 800
                                        Miami Beach, FL 33139

x  SEE ATTACHED                                                x  [signature]                              9/12/2014
Signature of Petitioner or Representative (State title)        Signature of Attorney                      Date
  BACM 2006-4 Inverness Apartments, LLC    SEE ATTACHED          Venable LLP
Name of Petitioner                      Date Signed            Name of Attorney Firm (If any)
                                                                 1270 Avenue of the Americas, 24th Floor, New York, NY 10020
Name & Mailing                          Arne Shulkin            Address
Address of Individual                   c/o LNR Partners, LLC   (212) 307-5500
Signing in Representative               1601 Washington Ave    Telephone No.
Capacity                                Suite 800
                                        Miami Beach, FL 33139

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| GECMC 2006-C1 Carrington Oaks, LLC, c/o LNR Partners LLC 1601 Washington Ave., Suite 800, Miami Beach, FL 33139 | Judgment against Debtor | 6,240,000.00 |
| Comm 2006-C8 Coveside Lane, LLC, c/o LNR Partners LLC 1601 Washington Ave., Suite 800, Miami Beach, FL 33139 | Judgment against Debtor | 13,500,000.00 |
| BACM 2006-4 Inverness Apartments, LLC, c/o Wells Fargo Bank, N.A. 101 North Phillips Avenue, Sioux Falls, SD 57104 | Judgment against Debtor | 3,571,237.50 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 23,311,237.50 |

___X___ continuation sheets attached

**Continuation Sheet**

Page 1 of 1

**Name of Debtor**   Beyman, Ezra

Case No.   14-_____ (___)

Name of Petitioner:

GECMC 2006-C1 CARRINGTON OAKS, LLC, a North Carolina limited liability company

By: LNR Partners, LLC, a Florida limited liability company, successor by statutory conversion to LNR Partners, Inc., a Florida corporation, its non-member Manager

By: _____
Name: Arne Shulkin
Date: 9/10/14

Name of Petitioner:

COMM 2006-C8 COVESIDE LANE, LLC, a Virginia limited liability company

By: LNR Partners, LLC, a Florida limited liability company, successor by statutory conversion to LNR Partners, Inc., a Florida corporation, its non-member Manager

By: _____
Name: Arne Shulkin
Date: 9/10/14

Name of Petitioner:

BACM 2006-4 INVERNESS APARTMENTS, LLC, an Alabama limited liability company

By: LNR Alabama Partners, LLC, a Delaware limited liability company, successor by statutory conversion to LNR Alabama Partners, Inc., a Delaware corporation, its non-member Manager

By: _____
Name: Arne Shulkin
Date: 9/10/14