| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-2(c)** | |
| FOX ROTHSCHILD LLP<br>(Formed in the Commonwealth of Pennsylvania)<br>Raymond T. Lyons, Esquire<br>Samuel H. Israel, Esquire<br>Martha B. Chovanes, Esquire<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>Tel: (609) 896-3600 ; Fax: (609) 896-1469<br>rlyons@foxrothschild.com<br>sisrael@foxrothschild.com<br>mchovanes@foxrothschild.com<br><br>*Attorneys for Ezra Beyman* | VENABLE LLP<br>Gregory A. Cross (*pro hac vice*)<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>Tel: (410) 244-7400<br>Fax: (410) 244-7742<br>gacross@venable.com<br><br>- and -<br><br>VENABLE LLP<br>Patrick J. Boyle<br>Rishi Kapoor (*pro hac vice*)<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Tel.: (212) 307-5500<br>Fax: (212) 307-5598<br>pjboyle@venable.com<br>rkapoor@venable.com<br><br>*Attorneys for Petitioners GECMC 2006-C1 Carrington Oaks, LLC, COMM 2006-C8 Coveside Lane, LLC, and BACM 2006-4 Inverness Apartments, LLC* |
| In re:<br><br>EZRA BEYMAN,<br><br>                                        Putative Debtor. | Case No.: 14-28775 (CMG)<br><br>Involuntary Chapter 7<br><br>Judge: Hon. Christine M. Gravelle |

**JOINT STIPULATION DISMISSING INVOLUNTARY PETITION**

Putative Debtor Ezra Beyman ("Mr. Beyman"), by and through his attorneys of record Fox Rothschild LLP, and petitioning creditors BACM 2006-C4 Inverness Apartments, LLC ("Inverness"), COMM 2006-C8 Coveside Lane, LLC ("Coveside"), and GECMC 2006-C1 Carrington Oaks, LLC ("Carrington", and collectively with Inverness and Coveside, the "Petitioning Creditors"; Putative Debtor and Petitioning Creditors shall collectively be referred

31446186 09/08/2015

to as the "Parties"), by and through their attorneys Venable LLP, submit this joint stipulation consenting to and requesting the dismissal of the above-captioned involuntary bankruptcy.

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Putative Debtor and the Petitioning Creditors, as follows:

1. Mr. Beyman and each of the Petitioning Creditors consent to the dismissal of the Involuntary Petition against Putative Debtor filed on September 12, 2014 (the "Involuntary Petition"), and the above-captioned involuntary bankruptcy case, without prejudice and without costs to either party.

2. Mr. Beyman expressly waives any and all right to relief or judgment under 11 U.S.C. § 303(i), including without limitation any right to seek or recover costs, attorneys' fees, damages, and/or punitive damages incurred or caused as a result of or in connection with the above-captioned involuntary bankruptcy case.

3. Pursuant to 11 U.S.C. § 303(j)(2), Mr. Beyman and Petitioning Creditors hereby jointly request that the Court enter an order dismissing the Involuntary Petition after notice of this Joint Stipulation is served on Mr. Beyman's creditors and, to the extent any party in interest objects to such relief, a hearing is held before the Court on the Parties' request for dismissal of the Involuntary Petition.

4. Mr. Beyman shall be responsible for providing notice of this Joint Stipulation and a hearing on the Parties' request for dismissal of the Involuntary Petition to his creditors.

5. Mr. Beyman hereby certifies that he has filed the list of all of his known creditors and their mailing addresses pursuant to Fed. R. Bankr. P. 1017 under ECF No. 83.

[*remainder of page intentionally left blank*]

Date:   September 8, 2015

| | |
|---|---|
| FOX ROTHSCHILD LLP | VENABLE LLP |
| By: */s/ Raymond T. Lyons* | By: */s/Rishi Kapoor* |
| Raymond Lyons | Gregory A. Cross (*pro hac vice*) |
| Samuel H. Israel | 750 East Pratt Street, Suite 900 |
| Martha B. Chovanes | Baltimore, Maryland 21202 |
| Princeton Pike Corporate Center | Tel: (410) 244-7400 |
| 997 Lenox Drive, Suite 300 | Fax: (410) 244-7742 |
| Lawrenceville, NJ | gacross@venable.com |
| Telephone: (609) 896-3600 | |
| Facsimile: (609) 896-1469 | - and - |
| | Patrick J. Boyle, Esq. |
| *Attorneys for Ezra Beyman, Putative Debtor* | Rishi Kapoor, Esq. (*pro hac vice*) |
| | 1270 Avenue of the Americas, 24th Floor |
| | New York, New York 10020 |
| | Tel.: (212) 307-5500 |
| | Fax: (212) 307-5598 |
| | pjboyle@venable.com |
| | rkapoor@venable.com |
| | |
| | *Attorneys for Petitioning Creditors GECMC 2006-C1 Carrington Oaks, LLC, COMM 2006-C8 Coveside Lane, LLC, and BACM 2006-4 Inverness Apartments, LLC* |