UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on September 23, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ezra Beyman

| | |
|---|---|
| Case No.: | 14-28775-CMG |
| Hearing Date: | 9/22/15 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 23, 2015**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Stipulation Between Ezra Beyman and BACM 2006-4 Inverness Apartments, LLC, Comm 2006-C8 Coveside Lane, LLC and GECMC 2006-C1 Carrington Oaks, LLC, filed by Raymond T. Lyons on behalf of Ezra Beyman on 9/8/15 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*