| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Raymond T. Lyons, Esquire<br>Samuel H. Israel, Esquire<br>Martha B. Chovanes, Esquire<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>Tel: (609) 896-3600 ; Fax: (609) 896-1469<br>rlyons@foxrothschild.com<br>sisrael@foxrothschild.com<br>mchovanes@foxrothschild.com<br><br>*Attorneys for Ezra Beyman* | Order Filed on September 23, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>EZRA BEYMAN,<br><br>                    Putative Debtor. | Case No. 14-28775 (CMG)<br><br>Involuntary Chapter 7<br><br>Hearing: September 22, 2015 at 2:00 p.m. |

### ORDER DISMISSING INVOLUNTARY PETITION

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 23, 2015**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court on the motion (Docket Entry 34) of the Putative Debtor, Ezra Beyman ("Mr. Beyman"), to dismiss the involuntary petition dated September 12, 2014 (the "Involuntary Petition"), and the Court having held a hearing on May 13, 2015 in the presence of Venable, LLP, attorneys for petitioning creditors BACM 2006-C4 Inverness Apartments, LLC ("Inverness"), COMM 2006-C8 Coveside Lane, LLC ("Coveside"), and GECMC 2006-C1 Carrington Oaks, LLC ("Carrington", and collectively with Inverness and Coveside, the "Petitioning Creditors") (Gregory A. Cross, Esq., and Rishi Kapoor, Esq. appearing) and Fox Rothschild, LLP, attorneys for Ezra Beyman (Raymond T. Lyons, Esq., Samuel H. Israel, Esq. and Martha B. Chovanes, Esq. appearing), and it appearing that:

a. The Petitioning Creditors and the Putative Debtor, Ezra Beyman, have reached a resolution of this matter as set forth in a Joint Stipulation Dismissing Involuntary Petition (Docket Entry 84);

b. Notice of the hearing on the proposed dismissal of the petition pursuant to the Joint Stipulation Dismissing Involuntary Petition has been served on all creditors of Mr. Beyman pursuant to the Order Shortening Time for Notice and Setting Hearing dated September 22, 2015 (Docket Entry 86);

c. No objection to dismissal of the petition has been filed; and

d. For good cause shown, under the circumstances, dismissal of the Involuntary Petition is in the best interests of Mr. Beyman and his estate.

It is ORDERED that:

1. The Joint Stipulation Dismissing Involuntary Petition is approved by the Court and the Involuntary Petition is dismissed in accordance with the terms of the Joint Stipulation Dismissing Involuntary Bankruptcy.

3

2. Each party shall bear its or his own expenses in connection with this case. In particular, Ezra Beyman has waived any claim under 11 U.S.C. § 303(i).

3. This case shall be closed.